IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02957-RPM-CBS

GAYLENE MEDINA,

    Plaintiff,

v.

CCB CREDIT SERVICES, INC., a Illinois corporation,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE
_____

    Pursuant to the hearing held today, it is

    ORDERED that the Order of Reference to Magistrate Judge Craig B. Shaffer [4], entered November 13, 2012, is vacated.

    DATED: August 23rd , 2013

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge